JEFFREY C. HALLAM (State Bar No. 161259)
E-Mail:     jhallam@sideman.com
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:     zalinder@sideman.com
PETER M. COLOSI (State Bar No. 252951)
E-Mail:     pcolosi@sideman.com
REBECCA K. FELSENTHAL (State Bar No. 303476)
E-Mail:     rfelsenthal@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Plaintiff
FITBIT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAGUNA 2, LLC, a New Jersey Limited Liability Company; JOEL BLANK, an individual; CALI RESOURCES, INC., a California Corporation; CARLOS KELVIN, an individual; and DOES 3-30, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00079 EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER RE ENTRY OF PRELIMINARY INJUNCTION AS TO DEFENDANT CALI RESOURCES** |

Plaintiff Fitbit, Inc. ("Fitbit") and Defendant Cali Resources, Inc. ("Defendant Cali Resources," and together with Fitbit, the "Parties"), by and through their counsel of record, hereby stipulate, and request that the Court order, as follows.

## STIPULATION

WHEREAS, the Court in the above-captioned Action entered a temporary restraining order ("TRO") against Defendants Laguna 2, LLC and Joel Blank (the "L2 Defendants") on January 18, 2017 (Dkt. No. 24), which was expanded, as set forth in the Court's Civil Minutes dated February 2, 2017 (Dkt. No. 41);

WHEREAS, among other things, the additional terms of the TRO required "that any sale of goods in question must be screened by Fitbit first; no re-sale during time of TRO if the items had previously been designated as scrap, nor shall any counterfeit charging cable be sold by Laguna 2. Fitbit shall expeditiously review any merchandise Laguna 2 seeks to clear. Fitbit shall provide Laguna 2 with documentation of such." Dkt. No. 41;

WHEREAS, following a further hearing, the Court in the above-captioned Action entered an order, converting "the TRO previously issued (including the expanded scope) into a preliminary injunction" against the L2 Defendants on February 24, 2017 (the "February 24th Order"). Dkt. No. 52;

WHEREAS, in the February 24th Order, the Court set a briefing and hearing schedule for Fitbit to move to extend the coverage of the preliminary injunctive relief to also apply to Defendant Cali Resources;

WHEREAS, Defendant Cali Resources represents that it has no current inventory of Fitbit products (with the exception of certain items in possession of U.S. Customs, as discussed by the Parties), and is therefore prepared to stipulate to the entry of the same preliminary injunctive relief as the Court ordered against the L2 Defendants in the February 24th Order; and,

WHEREAS, the Parties agree that it is preferable to focus their time and resources discussing the possibility of an early resolution rather than on motion practice.

Accordingly, the Parties, by and through their counsel, hereby **STIPULATE** as follows:

1. Defendant Cali Resources has no objection to the Court extending the preliminary

injunctive relief entered against the L2 Defendants in the February 24th Order, Dkt. No. 52, to cover and apply equally to Defendant Cali Resources;

2. The Parties therefore jointly request that the Court enter this stipulated order, expanding the scope of the preliminary injunctive relief in the February 24th Order, Dkt. No. 52, to cover and apply equally to Defendant Cali Resources; and,

3. The Parties enter this stipulation reserving all rights, and without prejudice to the rights, of the Parties to make any further motion, request or application to the Court as necessary to add, subtract, modify, or change any of the terms described above, for good cause shown.

**IT IS SO STIPULATED.**

DATED: February 28, 2017    SIDEMAN & BANCROFT LLP

By: */s/ Zachary J. Alinder*
Zachary J. Alinder
*Attorneys for Plaintiff*
FITBIT, INC.

DATED: February 28, 2017    ONE LLP

By: */s/ Stephen M. Lobbin*
Stephen M. Lobbin
*Attorneys for Defendants*
CALI RESOURCES and CARLOS KELVIN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** This order also disposes of the motion set to be heard at 10:30 a.m. on March 29, 2017, and therefore, the hearing shall be taken off calendar.

Dated: March 1, 2017

IT IS SO ORDERED
Judge Edward M. Chen

EDWARD M. CHEN
United States District Judge

**ATTESTATION OF CONCURRENCE**

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatory.

DATED: February 28, 2017　　　　　　　SIDEMAN & BANCROFT, LLP

By: _/s/ Zachary J. Alinder_
　　　Zachary J. Alinder, Esq.