JEFFREY C. HALLAM (State Bar No. 161259)
E-Mail:     jhallam@sideman.com
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:     zalinder@sideman.com
PETER M. COLOSI (State Bar No. 252951)
E-Mail:     pcolosi@sideman.com
REBECCA K. FELSENTHAL (State Bar No. 303476)
E-Mail:     rfelsenthal@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Plaintiff
FITBIT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAGUNA 2, LLC, A New Jersey Limited Liability Company; JOEL BLANK, an individual; CALI RESOURCES, INC., a California Corporation; CARLOS KELVIN, an individual; and, DOES 3-30, inclusive,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00079-EMC<br><br>**STIPULATION TO EXTEND TIME FOR FITBIT TO RESPOND TO CALI'S ANSWER AND COUNTERCLAIMS**<br><br>Judge:　Honorable Edward M. Chen<br>Dept.:　Courtroom 5, 17th Floor |
| CALI RESOURCES, INC., a California Corporation,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>FITBIT, INC., a Delaware Corporation,<br><br>　　　　　Counter-Defendant. | |

Pursuant to Civil Local Rule 6-1(a), Plaintiff and Counter-Defendant Fitbit, Inc. ("Fitbit") and Defendant and Counterclaimant Cali Resources and Defendant Carlos Kelvin (together, "Cali" and collectively with Fitbit, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Cali filed its Answer and Counterclaims, Dkt No. 87, on May 9, 2017;

WHEREAS, Fitbit currently has until May 30, 2017 to answer, move, or otherwise respond to Cali's Answer and Counterclaims;

WHEREAS, Fitbit and Cali have met and conferred regarding the Cali's Answer and Counterclaims and Fitbit's response, and would like to continue that meet and confer process; and,

WHEREAS, extending the deadline for Fitbit's response to Cali's Answer and Counterclaims by 14 days will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Fitbit's deadline to respond to Cali's Answer and Counterclaims shall be extended by 14 days, such that the deadline for Fitbit to answer, move, or otherwise respond to Cali's Answer and Counterclaims shall now be June 13, 2017.

**IT IS SO STIPULATED.**

DATED: May 26, 2017            SIDEMAN & BANCROFT LLP

By: */s/ Zachary J. Alinder*
Zachary J. Alinder
SIDEMAN & BANCROFT LLP

*Attorneys for Plaintiff and Counter-Defendant*
FITBIT, INC.

DATED: May 26, 2017            ONE LLP

By: */s/ Stephen M. Lobbin*
Stephen M. Lobbin
ONE LLP

*Attorneys for Defendant and Counterclaimant*
CALI RESOURCES and *Defendant*
CARLOS KELVIN

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ECF ATTESTATION

I, Zachary J. Alinder, attest that concurrence in e-filing this **STIPULATION TO EXTEND TIME FOR FITBIT TO RESPOND TO CALI'S ANSWER AND COUNTERCLAIMS** has been obtained from the signatories above, in compliance with Civil L.R. 5.1.

DATED: May 26, 2017    SIDEMAN & BANCROFT LLP

By:    */s/ Zachary J. Alinder*
Zachary J. Alinder
SIDEMAN & BANCROFT LLP

*Attorneys for Plaintiff and Counter-Defendant*
FITBIT, INC.