JEFFREY C. HALLAM (State Bar No. 161259)
E-Mail:     *jhallam@sideman.com*
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:     *zalinder@sideman.com*
ELLEN P. LIU (State Bar No. 280459)
Email:      *eliu@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Plaintiff
FITBIT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FITBIT, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAGUNA 2, LLC, A New Jersey Limited Liability Company; JOEL BLANK, an individual; CALI RESOURCES, INC., a California Corporation; CARLOS KELVIN, an individual; and, DOES 3-30, inclusive,<br><br>　　　　Defendants.<br><br>CALI RESOURCES, INC., a California Corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>FITBIT, INC., a Delaware Corporation,<br><br>　　　　Counter-Defendant. | Case No. 3:17-cv-00079-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FITBIT TO RESPOND TO CALI'S ANSWER AND COUNTERCLAIMS**<br><br>Judge:　Honorable Edward M. Chen<br>Dept.:　Courtroom 5, 17th Floor |

9461-10\3281837　　　　　　　　　　　　1　　　　　　　　　　　Case No. 3:17-cv-00079-EMC
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FITBIT TO RESPOND

Pursuant to Civil Local Rule 6-1, Plaintiff and Counter-Defendant Fitbit, Inc. ("Fitbit") and Defendant and Counterclaimant Cali Resources and Defendant Carlos Kelvin (together, "Cali" and collectively with Fitbit, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Cali filed its Answer and Counterclaims, Dkt No. 87, on May 9, 2017;

WHEREAS, Fitbit currently has until June 13, 2017 to answer, move, or otherwise respond to Cali's Answer and Counterclaims, and currently plans to file a Motion to Strike and/or Dismiss;

WHEREAS, given the anticipated amendment of the First Amended Complaint, which is due to be filed by Fitbit on or before July 14, 2017, and that Cali will then file an updated response to the Second Amended Complaint that will supersede its current Answer and Counterclaims, Dkt No. 87;

WHEREAS, following the case management conference today, Fitbit and Cali have further met and conferred regarding Cali's Answer and Counterclaims and Fitbit's response, and would like to continue that meet and confer process;

WHEREAS, Fitbit similarly expects to meet and confer with Defendants Laguna 2, LLC and Joel Blank regarding their anticipated response to the Second Amended Complaint and any potential counterclaims;

WHEREAS, the Parties wish to avoid potentially unnecessary motion practice, given that the superseding response from Cali may affect and possibly moot some of the bases for Fitbit's planned Motion to Strike and/or Dismiss; and,

WHEREAS, extending the deadline for Fitbit to respond to Cali's answer and/or counterclaims until 14 days after Cali files its upcoming response to Fitbit's Second Amended Complaint will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, that Fitbit's deadline to respond to any answer or counterclaims filed by Cali shall be extended and shall now be due 14 days after Cali files its response to Fitbit's Second Amended Complaint.

**IT IS SO STIPULATED.**

DATED: June 8, 2017        SIDEMAN & BANCROFT LLP

By:    */s/ Zachary J. Alinder*
Zachary J. Alinder
SIDEMAN & BANCROFT LLP

*Attorneys for Plaintiff and Counter-Defendant*
FITBIT, INC.

DATED: June 8, 2017        ONE LLP

By:    */s/ Stephen M. Lobbin*
Stephen M. Lobbin
ONE LLP

*Attorneys for Defendant and Counterclaimant*
CALI RESOURCES and *Defendant*
CARLOS KELVIN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/13/17

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ECF ATTESTATION**

I, Zachary J. Alinder, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FITBIT TO RESPOND TO CALI'S ANSWER AND COUNTERCLAIMS** has been obtained from the signatories above, in compliance with Civil L.R. 5.1.

DATED: June 8, 2017            SIDEMAN & BANCROFT LLP

By:  */s/ Zachary J. Alinder*
     Zachary J. Alinder
     SIDEMAN & BANCROFT LLP

*Attorneys for Plaintiff and Counter-Defendant*
FITBIT, INC.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711