| | |
|---|---|
| JEFFREY C. HALLAM (State Bar No. 161259)<br>E-Mail: *jhallam@sideman.com*<br>ZACHARY J. ALINDER (State Bar No. 209009)<br>E-Mail: *zalinder@sideman.com*<br>SIDEMAN & BANCROFT LLP<br>One Embarcadero Center, Twenty-Second Floor<br>San Francisco, California 94111-3711<br>Telephone: (415) 392-1960<br>Facsimile: (415) 392-0827<br><br>Attorneys for Plaintiff<br>FITBIT, INC.<br><br>Stephen M. Lobbin (SBN 181195)<br>slobbin@onellp.com<br>ONE LLP<br>4000 MacArthur Boulevard<br>East Tower, Suite 500<br>Newport Beach, California 92660<br>Tel: 949.502.2870<br>Fax: 949.258.5081<br><br>Attorneys for Defendants<br>Cali Resources, Inc., Carlos Kelvin, and Great Value LLC | JASON R. BARTLETT (State Bar No. 214530)<br>jbartlett@mkwllp.com<br>MARC J. PERNICK (State Bar No. 160591)<br>mpernick@mkwllp.com<br>MAURIEL KAPOUYTIAN WOODS LLP<br>275 Battery Street, Suite 480 San Francisco,<br>California 94111 Telephone: 415-738-6228<br>Facsimile: 415-738-2315<br><br>SHERMAN W. KAHN (State Bar No. 168924)<br>skahn@mkwllp.com<br>15 W. 26th Street, 7th Floor<br>New York, NY 10010<br>Telephone: 212-529-5131 Facsimile: 212-529-5132<br><br>Attorneys for Defendants<br>LAGUNA 2, LLC, and<br>JOEL BLANK |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAGUNA 2, LLC, et al.,<br><br>Defendants. | Case No. 3:17-cv-00079 EMC (EDL)<br><br>**JOINT STIPULATED REQUEST AND [PR~~OPO~~SED] ORDER TO BRIEFLY EXTEND SETTLEMENT CONFERENCE DEADLINE PURSUANT TO CIV. L.R. 6-1(B) AND 6-2** and resetting status conference |

9461-10\3359801

Case No. 3:17-cv-00079-EMC (EDL)

Pursuant to Civil L.R. Rules 6-1(b) and 6-2 and the Court's Case Management Order, Dkt. No. 86, Plaintiff Fitbit, Inc. ("Fitbit") and Defendants Cali Resources, Inc., Carlos Kelvin, and Great Value, LLC (together "Cali"), as well as Defendants Laguna 2, LLC and Joel Blank (together "L2," and collectively with Cali and Fitbit, the "Parties") hereby respectfully submit the following joint stipulated request and proposed order, requesting that the Court briefly extend the deadline for the Parties to hold the settlement conference for good cause set forth in more detail below. The Parties have also concurrently filed the Declaration of Zachary Alinder in Support of this Stipulation and Proposed Order ("Alinder Decl."), as required by Civ. L.R. 6-2(a).

## I. PRELIMINARY STATEMENT RE STIPULATED REQUEST FOR EXTENSION

Through this joint stipulated request, pursuant to Civ. L.R. Rule 6-1(b) and 6-2, the Parties respectfully request that the Court briefly extend the deadline for the Parties to complete a settlement conference to November 8, 2017. For the reasons set forth below, the Parties stipulate that this brief extension would enable the Parties to schedule a later conference, in which all defendants can participate, but which will still conclude before the next case management conference scheduled before the Court on November 9. In addition, the Parties have not previously requested any extension of the deadline to complete the settlement conference in this Action. Accordingly, the Parties stipulate and respectfully submit that good cause exists here for the requested extension because it would further the goals of the Court's ADR processes and also help conserve the resources and time of the Court and the Parties, while still preserving the broader case management schedule set by the Court in its Case Management Order, Dkt. No. 86.

## II. RELEVANT BACKGROUND

On June 8, 2017, the Court held a case management conference in the above captioned case. (Dkt. No. 85.) In the Case Management Order issued following the conference, the Court set a deadline of October 13, 2017 to complete a settlement conference and set a further status conference for November 9, 2017. (Dkt. No. 86.)

Subsequently Magistrate Judge Laporte issued an order setting a settlement conference for September 20, 2017. (Dkt. No 89.)

9461-10\3359801
1
Case No. 3:17-cv-00079-EMC (EDL)
JOINT STIPULATED REQUEST AND ORDER TO EXTEND
SETTLEMENT CONFERENCE DEADLINE

On July 21, 2017, Fitbit filed a Second Amended Complaint. (Dkt. No. 92.) The Second Amended Complaint added eleven new defendants to the suit. On August 21, 2017, Defendants L2 and Cali moved to dismiss. (Dkt. Nos. 99, 101.) The hearing on those motions is currently scheduled for September 28, 2017, which is eight days after the currently scheduled settlement conference.

While Fitbit has served new defendants, they have not yet appeared or responded to the Second Amended Complaint. (Dkt. Nos. 102-06.) It is unclear if they intend to participate in the settlement conference currently scheduled for September 20, 2017.

### III. GOOD CAUSE EXISTS FOR THE COURT TO BRIEFLY EXTEND THE DEADLINE TO HOLD THE SETTLEMENT CONFERENCE

L2 and Fitbit have previously attended two settlement conferences related to this dispute, which were conducted in the District of New Jersey. Cali was represented and participated in the second conference. Based on that experience, the Parties have conferred and agree that the next settlement conference is substantially more likely to be fruitful if conducted after: (1) the hearing on Defendants' pending motions to dismiss (set for September 28, 2017), and (2) the remaining Defendants have appeared and confirm they can participate.

However, the Parties have met and conferred and have been unable to identify a suitable date before the October 13, 2017 deadline that is available to Judge Laporte and to all Parties. In addition, due to a trial scheduled in late October and other commitments, Cali is unavailable to conduct a settlement conference during the weeks of October 9, 16, and 23. Finally, it is unclear whether the newly-added Defendants are available for, and would appear, in any event for the currently-scheduled September 20, 2017 settlement conference date, since they have not appeared in the case at this point. In addition, the Parties have submitted a declaration in support, setting forth the items required by Civil L.R. 6-2(a)(1)-(3), by concurrently filing the Alinder Decl.

Accordingly, the Parties hereby stipulate and respectfully request that the Court reset the deadline for completing a settlement conference to November 8, 2017. This deadline would enable the Parties to schedule a later conference in which all defendants can participate, but which

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1 will still conclude before the next case management conference scheduled before the Court on
2 November 9. As such, the Parties stipulate and agree that there is good cause to grant the
3 requested extension, as it would further the goals of ADR here and also help conserve the
4 resources and time of the Court and the Parties.

6 **IT IS SO STIPULATED** pursuant to Civ. L.R. 6-1(b) and 6-2.

7 DATED: September 6, 2017                    SIDEMAN & BANCROFT LLP

8                                              By:    */s/ Zachary J. Alinder*
9                                                       Zachary J. Alinder
                                                     SIDEMAN & BANCROFT LLP

11                                                   *Attorneys for Plaintiff*
                                                        FITBIT, INC.

12 DATED: September 6, 2017                    MAURIEL KAPOUYTIAN WOODS LLP

13                                              By:    */s/ Jason R. Bartlett*
14                                                       Jason R. Bartlett
                                                    Mauriel Kapouytian Woods LLP

16                                                   *Attorneys for Defendants*
                                                LAGUNA 2, LLC and JOEL BLANK

17 DATED: September 6, 2017                    ONE LLP

18
19                                              By:    */s/ Stephen M. Lobbin*
                                                        Stephen M. Lobbin
20                                                          One LLP

21                                                   *Attorneys for Defendants*
                                              CALI RESOURCES, INC. and CARLOS KELVIN
22                                                   and GREAT VALUE, LLC

9461-10\3359801
3                                    Case No. 3:17-cv-00079-EMC (EDL)
JOINT STIPULATED REQUEST AND ORDER TO EXTEND
SETTLEMENT CONFERENCE DEADLINE

**1** <u>**ORDER**</u>

**2** **PURSUANT TO STIPULATION, the deadline for the Parties to complete the settlement**

**3** **conference shall be extended from October 13, 2017 to <u>November 8, 2017</u>. IT IS SO**

**4** **ORDERED.** ```
Status conference is reset from 11/9/2017 to
Tuesday 11/21/2017 at 10:30 a.m.  An updated joint
status report shall be filed by 11/14/2017.
```

**8** Dated: 9/8/2017



EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

9461-10\3359801
4
Case No. 3:17-cv-00079-EMC (EDL)

JOINT STIPULATED REQUEST AND ORDER TO EXTEND
SETTLEMENT CONFERENCE DEADLINE

**1** <u>**ECF ATTESTATION**</u>

**2** I, Zachary J. Alinder, attest that concurrence in e-filing this **JOINT STIPULATED**

**3** **REQUEST AND [PROPOSED] ORDER TO BRIEFLY EXTEND SETTLEMENT**

**4** **CONFERENCE DEADLINE PURSUANT TO CIV. L.R. 6-1(B) AND 6-2** has been obtained

**5** from the signatories above, in compliance with Civil L.R. 5.1.

**7** DATED: September 6, 2017     SIDEMAN & BANCROFT LLP

**8**             By:    */s/ Zachary J. Alinder*
**9**                    Zachary J. Alinder
                         SIDEMAN & BANCROFT LLP

                         *Attorneys for Plaintiff*
                         FITBIT, INC.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711