BROWN WHITE & OSBORN LLP
THOMAS M. BROWN (Bar No. 117449)
CALEB E. MASON (Bar No. 246653)
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile: 213.613.0550
tbrown@brownwhitelaw.com
cmason@brownwhitelaw.com

Attorneys for Defendants
P-COVE ENTERPRISES INC. dba
BUYERS CONSULTATION SERVICE,
ENVIRONMENTAL LIQUIDATION,
INC., JONATHAN MANHAN and
FRANCIS MICHAEL BAKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FITBIT, INC., a Delaware Corporation,

Plaintiff,

v.

LAGUNA 2, LLC, a New Jersey Limited Liability Company; JOEL BLANK, an individual; CALI RESOURCES, INC. dba BUY NOW FACTORY DIRECT, a California Corporation; CARLOS KELVIN, an individual; GREAT VALUE, LLC, a California Limited Liability Company; P-COVE ENTERPRISES INC. dba BUYERS CONSULTATION SERVICE, a California Corporation; ENVIRONMENTAL LIQUIDATION, INC., a California Corporation; JONATHAN MANHAN, an individual; FRANCIS MICHAEL BAKER aka MIKE BAKER, an individual; MI TECHNOLOGIES, INC. dba DISCOUNT MERCHANT, a California Corporation, AMIR TAFRESHI, an individual, INNOVATIVE ENTERPRISES, INC. dba THE MERCHANT KING, a California Corporation; JOUBIN RAHIMI, an individual, and DOES 12-30, inclusive,

Defendants.

Case No. 3:17-cv-00079-EMC

**STIPULATION REGARDING CONSENT TO APPEAR TELEPHONICALLY AT THE DECEMBER 14, 2017 STATUS CONFERENCE**

**RECITALS**

Defendants P-Cove Enterprises, Environmental Liquidation, Inc., Jonathan Manhan, and Francis Michael Baker (collectively "BCS Defendants") and Cali Resources, Inc., Carlos Kelvin, Great Value, LLC, and Carlos Kelvin (collectively "Cali Defendants") request permission to appear telephonically for the December 14, 2017 Status Conference and any other proceedings on that date. There is good cause for this request because the BCS and Cali Defendants, and their counsel, are all located in Southern California, and this case is being heard in San Francisco.

**STIPULATION**

The parties, through their undersigned counsel, hereby stipulate and agree that Defendants P-Cove Enterprises Inc. dba Buyers Consultation Service, Environmental Liquidation, Inc., Jonathan Manhan, and Francis Michael Baker, Cali Resources, Inc., Carlos Kelvin, Great Value, LLC, and Carlos Kelvin, may appear telephonically at the December 14, 2017 status conference and any other proceedings on that date.

A proposed order is attached hereto.

DATED: Nov. 8, 2017

Respectfully submitted,

BROWN WHITE & OSBORN LLP

By /s/ Caleb E. Mason

CALEB E. MASON
Attorneys for Defendants
P-Cove Enterprises, Environmental Liquidation, Inc., Jonathan Manhan, and Francis Michael Baker

DATED: Nov. 8, 2017

SIDEMAN & BANCROFT LLP

By /s/ Zachary J. Alinder

ZACHARY J. ALINDER
Attorneys for Plaintiff
Fitbit, Inc.

DATED: Nov. 8, 2017

MAURIEL KAPOUYTIAN WOODS

By /s/ Sherman W. Kahn

SHERMAN W. KAHN
Attorneys for Defendants
Laguna 2, LLC and
Joel Blank

DATED: Nov. 8, 2017

ONE LLP

By /s/ Stephen M. Lobbin

STEPHEN MICHAEL LOBBIN
Attorneys for Defendants
Cali Resources, Inc., Carlos Kelvin, Great Value, LLC, and Carlos Kelvin

DATED: Nov. 8, 2017

THE KATRIEL LAW FIRM

By /s/ Roy A. Katriel

ROY ARIE KATRIEL
Attorneys for Defendants
MI Technologies, Inc., Innovative Enterprises, Inc., and Joubin Rahimi

BROWN WHITE & OSBORN LLP
THOMAS M. BROWN (Bar No. 117449)
CALEB E. MASON (Bar No. 246653)
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile: 213.613.0550
tbrown@brownwhitelaw.com
cmason@brownwhitelaw.com

Attorneys for Defendants
P-COVE ENTERPRISES INC. dba
BUYERS CONSULTATION SERVICE,
ENVIRONMENTAL LIQUIDATION,
INC., JONATHAN MANHAN and
FRANCIS MICHAEL BAKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FITBIT, INC., a Delaware Corporation,

Plaintiff,

v.

LAGUNA 2, LLC, a New Jersey Limited Liability Company; JOEL BLANK, an individual; CALI RESOURCES, INC. dba BUY NOW FACTORY DIRECT, a California Corporation; CARLOS KELVIN, an individual; GREAT VALUE, LLC, a California Limited Liability Company; P-COVE ENTERPRISES INC. dba BUYERS CONSULTATION SERVICE, a California Corporation; ENVIRONMENTAL LIQUIDATION, INC., a California Corporation; JONATHAN MANHAN, an individual; FRANCIS MICHAEL BAKER aka MIKE BAKER, an individual; MI TECHNOLOGIES, INC. dba DISCOUNT MERCHANT, a California Corporation, AMIR TAFRESHI, an individual, INNOVATIVE ENTERPRISES, INC. dba THE MERCHANT KING, a California Corporation; JOUBIN RAHIMI, an individual, and DOES 12-30, inclusive,

Defendants.

Case No. 3:17-cv-00079-EMC

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

Upon consideration of the consent Motion for Administrative Relief and the accompanying stipulation of the parties, requesting to appear telephonically at the December 14, 2017 status conference and any other proceedings on that date.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Requested parties shall contact Courtcall at (866)582-6878 to set up the conference call and obtain the call in number.

DATE: 11/17/17




Hon. Edward M. Chen
United States District Judge

4844-0176-7507, v. 1