| | |
|---|---|
| JEFFREY C. HALLAM (State Bar No. 161259)<br>E-Mail: *jhallam@sideman.com*<br>ZACHARY J. ALINDER (State Bar No. 209009)<br>E-Mail: *zalinder@sideman.com*<br>ELLEN P. LIU (State Bar No. 280459)<br>Email: *eliu@sideman.com*<br>REBECCA K. FELSENTHAL (State Bar No. 303476)<br>E-Mail: *rfelsenthal@sideman.com*<br>SIDEMAN & BANCROFT LLP<br>One Embarcadero Center, Twenty-Second Floor<br>San Francisco, California 94111-3711<br>Telephone: (415) 392-1960<br>Facsimile: (415) 392-0827<br><br>Attorneys for Plaintiff<br>FITBIT, INC. | Edward F. O'Connor (SBN 123398)<br>efo@avynolaw.com<br>**AVYNO LAW P.C.**<br>6345 Balboa Boulevard, Suite 208, Building I<br>Encino, CA 91316<br>Tel: 949.291.2894<br>Fax: 818.332.4205<br><br>Stephen M. Lobbin (SBN 181195)<br>slobbin@onellp.com<br>ONE LLP<br>4000 MacArthur Boulevard<br>East Tower, Suite 500<br>Newport Beach, California 92660<br>Tel: 949.502.2870<br>Fax: 949.258.5081<br><br>Attorneys for Defendants<br>Cali Resources, Inc., Carlos Kelvin, and<br>Great Value LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., a Delaware Corporation,<br><br>   Plaintiff,<br><br> v.<br><br>LAGUNA 2, LLC, et al.,<br><br>   Defendants. | Case No. 3:17-cv-00079 EMC (EDL)<br><br>**STIPULATION AND [P~~ROPOSED~~]<br>ORDER TO SET BRIEFING SCHEDULE<br>AND HEARING FOR SUMMARY<br>JUDGMENT MOTION** |

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff and Counter-Defendant Fitbit, Inc. ("Fitbit") and Defendant and Counterclaimant Cali Resources, Inc., Defendant Carlos Kelvin, and Defendant Great Value, LLC (together the "Cali Defendants" and collectively with Fitbit, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Cali Defendants filed a motion for summary judgment on November 21, 2017, ECF No. 141;

WHEREAS, the hearing on the Cali's motion for summary judgment was initially set for January 11, 2018 and then rescheduled for January 10, 2018;

WHEREAS, any opposition to the summary judgment motion would otherwise be due on December 5th and any reply due on December 12th;

WHEREAS, Fitbit filed an *ex parte* application, ECF No. 148, on November 27, 2017 to, *inter alia*, continue the hearing on the summary judgment motion and to extend Fitbit's opposition deadline; and,

WHEREAS, while the Parties reserve rights to seek further modification or continuance for good cause, the Parties wish to resolve this dispute by submitting this stipulation and proposed order rescheduling the hearing and setting a briefing schedule to allow for sufficient discovery to occur following the January 12, 2018 Settlement Conference.

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties, through their respective counsel of record, that the hearing on Cali's motion for summary judgment should be continued to April 19, 2018 and that the briefing schedule set as follows: Fitbit shall file any opposition papers by March 22, 2018 and the Cali Defendants shall file any reply papers by April 5, 2018. In light of this stipulation, the Parties further stipulate that Fitbit's *ex parte* application, ECF No. 148, may be withdrawn as moot.

DATED: December 1, 2017  SIDEMAN & BANCROFT LLP

By: */s/ Zachary J. Alinder*
Zachary J. Alinder
SIDEMAN & BANCROFT LLP
*Attorneys for Plaintiff*
FITBIT, INC.

DATED: December 1, 2017    ONE LLP AND AVYNO LAW P.C.

By: */s/ Stephen M. Lobbin*
Stephen M. Lobbin
One LLP

Edward F. O'Connor
AVYNO LAW P.C.

*Attorneys for Defendants*
CALI RESOURCES, INC. and CARLOS KELVIN
and GREAT VALUE, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  12/1/17

EDWA[signature]
United

IT IS SO ORDERED
Judge Edward M. Chen

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

**ECF ATTESTATION**

I, Zachary J. Alinder, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING FOR SUMMARY JUDGMENT MOTION** has been obtained from the signatories above, in compliance with Civil L.R. 5.1.

DATED: December 1, 2017         SIDEMAN & BANCROFT LLP

By:  */s/ Zachary J. Alinder*
     Zachary J. Alinder
     SIDEMAN & BANCROFT LLP

*Attorneys for Plaintiff*
FITBIT, INC.