UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FITBIT, INC.,

              Plaintiff,

    v.

LAGUNA 2, LLC, et al.,

              Defendants.

Case No.  17-cv-00079-EMC

**ORDER RE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION**

Docket No. 162

Previously, the Court granted Fitbit's motion to strike Cali's libel and related counterclaims based on California's anti-SLAPP statute, the California litigation privilege, and the Noerr-Pennington doctrine.  *See* Docket No. 161 (order).  Cali has now filed an ex parte application asking the Court for reconsideration of its decision.  In its application, Cali has challenged only a portion of the Court's ruling – *i.e.*, that related to the alleged defamatory statements made by Fitbit to Customs and Border Patrol ("CBP").  Cali has noticed its application for hearing on January 10, 2018, which is the day currently set for hearing the Cali Defendants' motion to modify the preliminary injunction.

The Court shall not hold a hearing on the ex parte application on January 10, 2018.  Under the Civil Local Rules, Cali is permitted to make a motion for *leave* to file a motion for reconsideration only.  *See* Civ. L.R. 7-9(a) (providing that "[n]o party may notice a motion for reconsideration without first obtaining leave to Court to file the motion").  Furthermore, no hearing is held on such a motion unless a court expressly permits.  *See* Civ. L.R. 7-9(d) (providing that, "[u]nless otherwise ordered by the assigned Judge, no response need be filed and no hearing will be held concerning a motion for leave to file a motion to reconsider").

At this juncture, however, the Court shall order Fitbit to file a response to Cali's motion for

leave to file a motion for reconsideration.  The response shall be filed within a week of the date of this order.  After the Court receives the response, it shall decide whether further briefing and/or a hearing is needed.

        **IT IS SO ORDERED**.

Dated: January 8, 2018

_____
EDWARD M. CHEN
United States District Judge