JEFFREY C. HALLAM (State Bar No. 161259)
E-Mail: *jhallam@sideman.com*
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail: *zalinder@sideman.com*
ELLEN P. LIU (State Bar No. 280459)
Email: *eliu@sideman.com*
REBECCA K. FELSENTHAL (State Bar No. 303476)
E-Mail: *rfelsenthal@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiff
FITBIT, INC.

Edward F. O'Connor (SBN 123398)
efo@avynolaw.com
**AVYNO LAW P.C.**
6345 Balboa Boulevard, Suite 208, Building I
Encino, CA 91316
Tel: 949.291.2894
Fax: 818.332.4205

Stephen M. Lobbin (SBN 181195)
slobbin@onellp.com
ONE LLP
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Tel: 949.502.2870
Fax: 949.258.5081

Attorneys for Defendants
Cali Resources, Inc., Carlos Kelvin, and
Great Value LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>LAGUNA 2, LLC, et al.,<br><br>        Defendants. | Case No. 3:17-cv-00079 EMC (EDL)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND BRIEFING<br>SCHEDULE AND HEARING FOR CALI<br>DEFENDANTS' SUMMARY JUDGMENT<br>MOTION** |

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1  Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff and Counter-Defendant Fitbit, Inc.

2  ("Fitbit") and Defendant and Counterclaimant Cali Resources, Inc., Defendant Carlos Kelvin, and

3  Defendant Great Value, LLC (together the "Cali Defendants" and collectively with Fitbit, the

4  "Parties"), by and through their respective counsel of record, hereby stipulate and agree as

5  follows:

6  WHEREAS, the Cali Defendants filed a motion for summary judgment on November 21,

7  2017, ECF No. 141;

8  WHEREAS, on December 1, 2017, the Parties stipulated to set a briefing and hearing

9  schedule, which was ordered by the Court that same date, ECF No. 150;

10  WHEREAS, the current briefing schedule would require an opposition by Fitbit on March

11  22, 2018;

12  WHEREAS, the Parties have agreed that there is good cause to continue this opposition

13  date, as well as the related reply and hearing date for this summary judgment motion, due to the

14  Parties' contingent settlement and the Cali Defendants' pending motion for good faith settlement;

15  and,

16  WHEREAS, a 4-week extension of the prior briefing and hearing schedule for the Cali

17  Defendants' summary judgment motion will not otherwise affect the case schedule.

18  **NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties,

19  through their respective counsel of record, that the hearing on Cali's motion for summary

20  judgment should be continued to <u>May 17, 2018</u> and that the briefing schedule set as follows: Fitbit

21  shall file any opposition papers by <u>April 19, 2018</u> and the Cali Defendants shall file any reply

22  papers by <u>May 3, 2018</u>.

23  DATED: February 27, 2018          SIDEMAN & BANCROFT LLP

24                                   By: _____ */s/ Zachary J. Alinder*_____

25                                        Zachary J. Alinder
                                          SIDEMAN & BANCROFT LLP

26                                        *Attorneys for Plaintiff*
                                          FITBIT, INC.

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

DATED: February 27, 2018          AVYNO LAW P.C.

By:  ___/s/ Edward F. O'Connor___
          Edward F. O'Connor
          AVYNO LAW P.C.

*Attorneys for Defendants*
CALI RESOURCES, INC. and CARLOS KELVIN
and GREAT VALUE, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____2/28/18_____

EDWA
United

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SIDEMAN & BANCROFT LLP

LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1                    **ECF ATTESTATION**

2        I, Zachary J. Alinder, attest that concurrence in e-filing this **STIPULATION AND**

3  **[PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE AND HEARING FOR**

4  **SUMMARY JUDGMENT MOTION** has been obtained from the signatories above, in

5  compliance with Civil L.R. 5.1.

6  DATED: February 27, 2018         SIDEMAN & BANCROFT LLP

7                         By:           */s/ Zachary J. Alinder*

8                                Zachary J. Alinder
                             SIDEMAN & BANCROFT LLP

9

10                           *Attorneys for Plaintiff*
                             FITBIT, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28