1  Edward F. O'Connor (SBN 123398)
   efo@avynolaw.com
2  **AVYNO LAW P.C.**
   6345 Balboa Boulevard, Suite 208, Building I
3  Encino, CA 91316
   Tel: 949.291.2894
4  Fax: 818.332.4205

5  Stephen M. Lobbin (SBN 181195)
   slobbin@onellp.com
6  **ONE LLP**
   12340 El Camino Real, Suite 220
7  San Diego, California
   Tel: 858.333.5794
8  Fax: 949.258.5081

9  Attorneys for Defendants Cali Resources, Inc., Carlos Kelvin and Great Value, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>LAGUNA 2, LLC, a New Jersey Limited Liability Company; JOEL BLANK, an individual; CALI RESOURCES, INC., a California corporation; CARLOS KELVIN, GREAT VALUE, LLC, a California Limited Liability Company; P-COVE ENTERPRISES INC. dba BUYERS CONSULTATION SERVICES, a California corporation; ENVIRONMENTAL LIQUIDATION, INC., a California corporation; JONATHAN MANHAN, an individual; FRANCIS MICHAEL BAKER aka MIKE BAKER, an individual; MI TECHNOLOGIES, INC. dba DISCOUNT MERCHANT, California corporation; AMIR TAFRESHI, an individual, INNOVATION ENTERPRISES, INC. dba THE MERCHANT KING, a California corporation; JOUBIN RAHIMI, an individual, and DOES 12-30, inclusive<br>        Defendants. | Case No. 3:17-cv-00079 EMC<br><br>**STIPULATION REGARDING CONSENT TO APPEAR TELEPHONICALLY AT THE MARCH 22, 2018 HEARING ON THE MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND STATUS CONFERENCE**<br><br><br>Date: March 22, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5, 17TH Floor<br><br>Honorable Edward M. Chen |

Defendants Cali Resources, Inc., Carlos Kelvin, and Great Value, LLC (collectively "Cali Defendants") and P-Cove Enterprises, Environmental Liquidation, Inc., Jonathan Manhan, and Francis Michael Baker (collectively, "BCS Defendants") request permission to appear telephonically for the March 22, 2018 hearing on the Motion for Determination of Good Faith Settlement, Status Conference and any other proceedings on that date. There is good cause for this request because Cali Defendants' counsel is located in Jupiter, Florida, and BCS Defendants' counsel is located in Los Angeles, California, and this case is being heard in San Francisco.

## **STIPULATION**

The parties, through their undersigned counsel, hereby stipulate and agree that Cali Defendants' and BCS Defendants' counsel may appear telephonically at the March 22, 2018 hearing on the Motion for Determination of Good Faith Settlement, Status Conference and any other proceedings on that date.

A proposed order is attached hereto.

Dated: February 21, 2018                    Respectfully submitted,

                                            AVYNO LAW, P.C.

                                            /s/ Edward F. O'Connor
                                            Edward F. O'Connor
                                            Stephen M. Lobbin
                                            *Attorney for Defendants*
                                            Cali Resources, Inc., Carlos Kelvin and
                                            Great Value LLC


Dated: February 21, 2018                    SIDEMAN & BANCROFT LLP

                                            /s/ Zachary J. Alinder
                                            Zachary J. Alinder
                                            *Attorney for Plaintiff*
                                            Fitbit, Inc.


Dated: February 21, 2018                    BROWN WHITE & OSBORN LLP

                                            /s/ Caleb E. Mason
                                            Caleb E. Mason
                                            *Attorneys for Defendants*
                                            P-Cove Enterprises, Environmental
                                            Liquidation, Inc., Jonathan Manhan, and
                                            Francis Michael Baker

**STIPULATION REGARDING CONSENT TO APPEAR TELEPHONICALLY AT THE MARCH 22, 2018 HEARING**

Dated: February 21, 2018          MAURIEL KAPOUYTIAN WOODS

/s/ Sherman W. Kahn
Sherman W. Kahn
*Attorneys for Defendants*
Laguna 2, LLC and Joel Blank

| | |
|---|---|
| 1 | Edward F. O'Connor (SBN 123398) |
| | efo@avynolaw.com |
| 2 | **AVYNO LAW P.C.** |
| | 6345 Balboa Boulevard, Suite 208, Building I |
| 3 | Encino, CA 91316 |
| | Tel: 949.291.2894 |
| 4 | Fax: 818.332.4205 |
| 5 | Stephen M. Lobbin (SBN 181195) |
| | slobbin@onellp.com |
| 6 | **ONE LLP** |
| | 12340 El Camino Real, Suite 220 |
| 7 | San Diego, California |
| | Tel: 858.333.5794 |
| 8 | Fax: 949.258.5081 |
| 9 | Attorneys for Defendants Cali Resources, Inc., Carlos Kelvin and Great Value, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., a Delaware corporation, | Case No. 3:17-cv-00079 EMC |
| Plaintiff, | |
| v. | |
| LAGUNA 2, LLC, a New Jersey Limited Liability Company; JOEL BLANK, an individual; CALI RESOURCES, INC., a California corporation; CARLOS KELVIN, GREAT VALUE, LLC, a California Limited Liability Company; P-COVE ENTERPRISES INC. dba BUYERS CONSULTATION SERVICES, a California corporation; ENVIRONMENTAL LIQUIDATION, INC., a California corporation; JONATHAN MANHAN, an individual; FRANCIS MICHAEL BAKER aka MIKE BAKER, an individual; MI TECHNOLOGIES, INC. dba DISCOUNT MERCHANT, California corporation; AMIR TAFRESHI, an individual, INNOVATION ENTERPRISES, INC. dba THE MERCHANT KING, a California corporation; JOUBIN RAHIMI, an individual,  and DOES 12-30, inclusive Defendants. | [PROP~~OS~~ED] ORDER<br><br>Date: March 22, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5, 17TH Floor<br><br>Honorable Edward M. Chen |

1 **[PROPOSED] ORDER**

2     Upon consideration of the Stipulation of the parties, requesting to appear

3 telephonically at the March 22, 2018 hearing on the Motion for Determination of

4 Good Faith Settlement, Status Conference and any other proceedings on that date.

5     PURSUANT TO STIPULATION, IT IS SO ORDERED,

6 Counsel shall contact Courtcall at (866) 582-6878 to set up

7 the conference call.

8 DATE: 3/2/2018     _____

9     Hon. Edward M. Chen
    United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

5     Case No. 3:17-cv-00079 EMC

**STIPULATION REGARDING CONSENT TO APPEAR TELEPHONICALLY AT THE MARCH 22, 2018 HEARING**

## **PROOF OF SERVICE**

I hereby certify that on February 21, 2018, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

Dated:  February 21, 2018             /s/ Edward F. O'Connor