# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC., <br>    Plaintiff, <br>   v. <br> LAGUNA 2, LLC, et al., <br>    Defendants. | Case No. 17-cv-00079-EMC <br><br> **ORDER RE BCS DEFENDANTS' MOTION TO CONTINUE TRIAL DATE AND DEADLINES** <br><br> Docket No. 198 |

  The BCS Defendants have moved to continue trial and other deadlines in this case. Because the motion raises issues of a time sensitive nature, the Court shall depart from the regular hearing and briefing schedule and orders as follows.

  1. Any opposition to the BCS Defendants' motion (whether from Fitbit or the other remaining defendants) shall be filed within a week of the date of this order. Absent further order, there shall be no reply.

  2. The Court shall hold a hearing on the motion on March 22, 2018, at 1:30 p.m.

  **IT IS SO ORDERED**.

Dated: March 9, 2018

             _____
             EDWARD M. CHEN
             United States District Judge