UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITBIT, INC.,<br>        Plaintiff,<br>v.<br>P-COVE ENTERPRISES, et al.,<br>        Defendants. | Case No. 3:17-cv-00079-EMC (KAW)<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO FILE OVERSIZED JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 221 |

On April 24, 2018, the parties filed a joint letter requesting that the undersigned permit them to file a joint discovery letter of no more than 10 pages, and no more than twenty-four pages of attachments. (Dkt. No. 221 at 1.) Since the underlying legal issue is the same—namely whether the BCS Defendants are separate and distinct parties for the purposes of discovery—the request is GRANTED. The parties are instructed to follow the back-and-forth format outlined in the undersigned's standing order to ensure that they are addressing the same issues, and they shall furnish a chambers copy that includes tabs for all attachments.

IT IS SO ORDERED.

Dated: April 27, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge