JEFFREY C. HALLAM (State Bar No. 161259)
E-Mail:      *jhallam@sideman.com*
ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:      *zalinder@sideman.com*
ELLEN P. LIU (State Bar No. 280459)
E-Mail:      *eliu@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Plaintiff
FITBIT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FITBIT, INC., | Case No. 3:17-cv-00079-EMC (KAW) |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF DEFENDANTS** |
| LAGUNA 2, LLC, et al., | |
| Defendants. | |
| | Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

**NOTICE IS HEREBY GIVEN THAT** Plaintiff Fitbit, Inc. ("Fitbit") and Defendants P-Cove Enterprises Inc. dba Buyers Consultation Service, Environmental Liquidation, Inc., Jonathan Manhan, and Francis Michael Baker ("Defendants" and together with Fitbit, the "Parties") hereby **STIPULATE** and **AGREE** to the voluntary dismissal of the Defendants from this Action with prejudice, pursuant to the Parties' Settlement Agreement and Fed. R. Civ. Proc. Rule 41(a)(2).

**IT IS SO STIPULATED.**

DATED: July 2, 2018                      SIDEMAN & BANCROFT LLP

By:     */s/ Zachary J. Alinder*
           Zachary J. Alinder

*Attorneys for Plaintiff*
FITBIT, INC.

DATED: July 2, 2018                      BROWN WHITE & OSBORN LLP

By:     */s/ Thomas M. Brown*
           Thomas M. Brown

*Attorneys for Defendants*
P-Cove Enterprises dba Buyers Consultation Service, Environmental Liquidation, Inc., Jonathan Manhan, and Francis Michael Baker

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED
Judge Edward M. Chen

Dated: 7/3/2018

_____
EDWARD M. CHEN
United States District Judge

**ECF ATTESTATION**

I, Zachary J. Alinder, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF DEFENDANTS** has been obtained from the party signatories above, in compliance with Civil L.R. 5.1.

DATED: July 2, 2018     SIDEMAN & BANCROFT LLP

By: _____*/s/ Zachary J. Alinder*_____
Zachary J. Alinder
SIDEMAN & BANCROFT LLP

*Attorneys for Plaintiff*
FITBIT, INC.